UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-12322-ODW (MAAx) | Date | March 11, 2026 |
|---|---|---|---|
| Title | *James David Mabb v. Beverly Mabb Morton* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**                    **In Chambers**

On February 2, 2026, the Court dismissed Plaintiff's Complaint, with leave to amend the jurisdictional allegations within thirty days of the date of the Court's Order.  (Dkt. No. 8.)  The Court noted that Plaintiff's "[f]ailure to file a timely amended complaint that includes adequate jurisdictional allegations will be deemed a concession by Plaintiff that federal or diversity subject matter jurisdiction is lacking, and the Court will close this case."  (*Id.*)  As of today's date, Plaintiff failed to file an amended Complaint.

Furthermore, "[a] party proceeding *pro se* must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address.  If a Court order or other mail served on a *pro se* plaintiff at his address of record is returned by the Postal Service as undeliverable and the *pro se* party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute."  C.D. Cal. L.R. 41-6.

Accordingly, the Court **DISMISSES** this action **WITHOUT PREJUDICE** for lack of prosecution and for failure to comply with the Court's orders.  The Clerk of the Court shall close the case.

_____ :   00

Initials of Preparer   SE